Ramos,
    Plaintiff

Brewer,
    Defendant

Adv. Proc. No. 20-90107-RSM

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: anm0611     Page 1 of 1
Date Rcvd: Sep 16, 2021     Form ID: pdf001     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Benjamin Scott Brewer, South Central Correctional Facility, #00588944, 555 Forrest Avenue, Post Office Box 279, Clifton, TN 38425-0279 |
| pla | + | Patricia Ramos, c/o Wright Law, PLC, 840 Crescent Centre Drive, Suite 310, Franklin, TN 37067-4716 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MATTHEW E WRIGHT | on behalf of Plaintiff Patricia Ramos mwright@wrightlawplc.com thannah@wrightlawplc.com |
| ROBERT J MENDES | on behalf of Defendant Benjamin Scott Brewer bmendes@srvhlaw.com lwiggishoff@srvhlaw.com |

TOTAL: 2

_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 9/16/2021



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BENJAMIN SCOTT BREWER, | ) | Adv. Proc. No. 1:20-ap-90107 |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| PATRICIA RAMOS, Individually and as | ) | |
| Personal Representative of | ) | |
| JASON P. RAMOS, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN SCOTT BREWER, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AGREED CASE MANAGEMENT ORDER

A pretrial conference was conducted in this adversary proceeding on September 15, 2021. At the request of the parties and for good cause shown, the Court hereby ORDERS as follows:

1. This matter is set for a further pretrial conference on March 23, 2022, at 1:45 p.m. Central Time to be conducted via Zoom:

   Zoom Call-In Number: 833-568-8864

   Meeting ID: 161 2444 4713

2. All outstanding motions in this adversary proceeding shall be held in abeyance, provided that either party shall have the right to file a motion at any time, moving the Court to terminate the stay and requesting that the Court set an earlier pretrial conference; and

3. All discovery in this adversary proceeding shall be held in abeyance.

1001308.1    13477-001

All parties reserve all rights, and by requesting the entry of this order, it does not prejudice or enhance any rights or arguments of any party.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

/s/ Robert J. Mendes
Robert J. Mendes, #17120
William D. Pugh # 37616
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
615.209.7477
bmendes@srvhlaw.com
wpugh@srvhlaw.com
*Attorneys for Debtor/Defendant
Benjamin Scott Brewer*


/s/ Matthew E. Wright
Matthew E. Wright, #22596
WRIGHT LAW, PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067
615.455.3588
mwright@wrightlawplc.com
*Attorney for Patricia Ramos*

1001308.1    13477-0012

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 15th day of September, 2021, a true and correct copy of the foregoing was served via ECF upon the parties consenting to electronic service in this case including counsel for Plaintiff:

Matthew E. Wright, Esq.
WRIGHT LAW, PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067
mwright@wrightlawplc.com
*Attorney for Plaintiff Patricia Ramos*

/s/ Robert J. Mendes

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

1001308.1    13477-0013