*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/24/2023



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BENJAMIN SCOTT BREWER, | ) | Adv. Proc. No. 1:20-ap-90107 |
| | ) | Judge Randal S. Mashburn |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| PATRICIA RAMOS, Individually and as | ) | |
| Personal Representative of | ) | |
| JASON P. RAMOS, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN SCOTT BREWER, | ) | |
| | ) | |
| Defendant. | ) | |

## EXPEDITED AGREED ORDER CONTINUING PRETRIAL CONFERENCE

Before the Court is the *Expedited Joint Motion to Continue Pretrial Conference* (the "Motion") filed by Plaintiff Patricia Ramos and Defendant Benjamin Scott Brewer, and good cause having been shown, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The Pretrial Conference in this adversary proceeding is continued from March 29, 2023, at 1:45 p.m. Central Time to __September 20__, 2023, at 1:45 pm. Central Time via Zoom:

Zoom Call-In Number: 833-568-8864

Meeting ID: 161 2444 4713

3. All other terms and deadlines set forth in the *Fourth Agreed Case Management Order* (Docket No. 26) shall remain in effect.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

/s/ Robert J. Mendes
Robert J. Mendes, #17120
William D. Pugh # 37616
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
615.209.7477
bmendes@srvhlaw.com
wpugh@srvhlaw.com
*Attorneys for Debtor/Defendant
Benjamin Scott Brewer*


/s/ Matthew E. Wright
Matthew E. Wright, #22596
THE LAW FIRM FOR TRUCK SAFETY, LLP
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067
615.455.3588
mwright@wrightlawplc.com
*Attorney for Plaintiff Patricia Ramos*

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 24th day of March, 2023, a true and correct copy of the foregoing was served via ECF upon the parties consenting to electronic service in this case including counsel for Plaintiff:

    Matthew E. Wright, Esq.
    THE LAW FIRM FOR TRUCK SAFETY, LLP
    840 Crescent Centre Drive, Suite 310
    Franklin, Tennessee 37067
    mwright@wrightlawplc.com
    *Attorney for Plaintiff Patricia Ramos*

                                                       /s/ Robert J. Mendes

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.